McGREGOR W. SCOTT
United States Attorney
GEOFFREY D. WILSON
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

JOSEPH H. HUNT
Assistant Attorney General
MICHAEL D. GRANSTON
SARA McLEAN
ARTHUR S. DI DIO
Attorneys, Civil Division
United States Department of Justice
PO Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-1274

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, MELISSA VALENCIA and MELISSA VALENCIA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>NIGHTINGALE HOME HEALTHCARE OF NORTHERN CALIFORNIA, INC., ASPIRE HOME HEALTHCARE, INC., CALIFORNIA HEART CENTER, A PROFESSIONAL MEDICAL CORPORATION, DEV A. BRAR, M.D. and NARINDER S. BAJWA, M.D.,<br><br>Defendants. | CASE NO. 2:17-cv-2555 JAM-EFB<br><br>[~~PROPOSED~~] ORDER<br><br>SEALED |

[PROPOSED] ORDER                              1

The United States of America (the "United States" or the "Government"), has declined to intervene in this action pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B). Accordingly, the Court hereby rules as follows:

IT IS ORDERED that,

1. All contents of the Court's file in this action remain under seal and not be made public or served upon the defendants;

2. At such time as the seal is ultimately lifted, all contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for relator's original Complaint, this Order and the Joint Notice of Election to Decline Intervention, which the relator will serve upon the defendant;

3. The parties shall hereafter serve all pleadings and motions filed in this action, including supporting memoranda, upon the Government, as provided for in 31 U.S.C. § 3730(c)(3). The Government may order any deposition transcripts;

4. The Government is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the Government;

6. All orders of this Court shall be sent to the Government; and that

7. Should the Relator or any defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the Government before ruling or granting its approval.

IT IS SO ORDERED.

DATED: 9/27/2019

JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER                              2