McGREGOR W. SCOTT
United States Attorney
GEOFFREY D. WILSON
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

JOSEPH H. HUNT
Assistant Attorney General
MICHAEL D. GRANSTON
SARA McLEAN
ARTHUR S. DI DIO
Attorneys, Civil Division
United States Department of Justice
PO Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-1274

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, MELISSA VALENCIA and MELISSA VALENCIA, individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>NIGHTINGALE HOME HEALTHCARE OF NORTHERN CALIFORNIA, INC., ASPIRE HOME HEALTHCARE, INC., CALIFORNIA HEART CENTER, A PROFESSIONAL MEDICAL CORPORATION, DEV A. BRAR, M.D. and NARINDER S. BAJWA, M.D.,<br><br>    Defendants. | CASE NO. 2:17-cv-2555 JAM-EFB<br><br>ORDER |

[PROPOSED] ORDER

The Relator Melissa Valencia having filed a Notice of Voluntary Dismissal of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claim Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

**IT IS ORDERED** that,

1. This action is dismissed with prejudice as to Relator Melissa Valencia;

2. This action is dismissed without prejudice as to the United States;

3. The seal shall be lifted upon Relator's Complaint, Relator's Notice of Dismissal, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

IT IS SO ORDERED.

DATED:   June 1, 2020                          /s/ John A. Mendez
                                               JOHN A. MENDEZ
                                               U.S. DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE BY U.S. MAIL

The undersigned hereby certifies that he is a contractor working on behalf of the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers;

That on May 29, 2020, he served a copy of:

## [PROPOSED] ORDER

by placing said copy by electronic services: I caused said document(s) to be sent to the persons at the electronic services listed.

Addressee(s):

Jason T. Brown, Esq.
Patrick S. Almonrode, Esq.
Brown, LLC
111 Town Square Place, Suite 400
Jersey City, NJ  07310
Office:  877-561-0000
Fax:      855-582-5297
Email: jtb@jtblawgrup.com
Email: patalmonrode@jtblawgroup.com

Imad Y, Elias, Esq.
Law Office of Mann & Elias
3333 Michelson, Suite 300
Irvine, CA  92612
Office:  949-655-4235
Fax:      323-857-9525
Email: imad@mannelias.com

Attorneys for Relator

              /s/ ADRIAN QUINTERO-VILLEGAS_____
              ADRIAN QUINTERO-VILLEGAS

[PROPOSED] ORDER           3